Judge Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| The UNITED STATES of AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>QUOC TRUNG LE,<br>TRUNG THANH LE,<br>THUONG HOAI TRUONG,<br>TRUNG VAN LE,<br>KIM ANH T. HOANG,<br>SAN THI LE a/k/a JULIE LE,<br>JENNIFER LE,<br>THANH THEA HAU,<br>PHU TRUNG LE a/k/a JOHNNY LE,<br>QUAN DO,<br>HAI NGUYEN,<br>TAMMY HO,<br>THU TRANG THI HOANG,<br>HUNG HUYNH,<br>NGUYEN NHAT LE,<br>KIM NGUYEN,<br>CHINDA TES, and,<br>DAVID EISELE,<br><br>              Defendants. | No. CR06-319 JLR<br><br>ORDER CONTINUING<br>PRE-TRIAL MOTIONS DUE DATE<br>AND TRIAL DATE |

THIS MATTER comes before the Court on the United States of America's motion to continue the pre-trial motions due date and the trial date. Having considered the entirety of the record and files herein, having held a status conference with all parties and overruling any objections, the Court finds that a failure to grant a continuance would likely result in a miscarriage of justice due to the complexity of the case, the number of indicted defendants, the need for additional discovery consisting of both federal and Colorado state wiretap evidence, and the need for continuity of

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

counsel and effective assistance of counsel. Thus, the Court further finds that a continuance of the pre-trial motions due date and the trial date will allow the government and the defendants necessary time to adequately prepare for trial.

The Court further finds that the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that pre-trial motions due date is reset to January 19, 2007, with any responsive brief due two weeks thereafter. The trial is continued from November 21, 2006, to March 5, 2007.

This Court further ORDERS that the time between the date of this Order and the new trial date be excluded under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B(i), and 3161(h)(B)(ii).

Dated this 13th day of **November**, 2006.

                                            *[signature]*
                                            JAMES L. ROBART
                                            United States District Judge

Presented by:

JOHN McKAY
United States Attorney

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2268, Fax: (206) 553-4440
E-mail: ye-ting.woo@usdoj.gov
Washington State Bar No. 21208

ORDER CONTINUING TRIAL -   Page 2
Quoc Le, et al./CR06-319JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING TRIAL -   Page 3
Quoc Le, et al./CR06-319JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970