Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The UNITED STATES of AMERICA, )
                               )
          Plaintiff,           )   No. CR06-319JLR
                               )
     v.                        )
                               )   ORDER CONTINUING
QUOC TRUNG LE,                 )   PRE-TRIAL MOTIONS DUE DATE
TRUNG THANH LE,                )   AND TRIAL DATE
THUONG HOAI TRUONG,            )
TRUNG VAN LE,                  )
KIM ANH T. HOANG,              )
SAN THI LE a/k/a JULIE LE,     )
JENNIFER LE,                   )
THANH THEA HAU,                )
PHU TRUNG LE a/k/a JOHNNY LE,  )
QUAN DO,                       )
HAI NGUYEN,                    )
TAMMY HO,                      )
THU TRANG THI HOANG,           )
HUNG HUYNH,                    )
NGUYEN NHAT LE,                )
KIM NGUYEN,                    )
CHINDA TES, and,               )
DAVID EISELE,                  )
                               )
          Defendants.          )

    THIS MATTER comes before the Court after having held a Status Conference with all parties and upon a request by counsel for defendants to continue the trial date and pre-trial motions due date. Having considered the entirety of the record and files herein, having held a status conference with all parties, the Court finds that a failure to grant a continuance would likely result in a miscarriage of justice due to the complexity of the case, the large volume of discovery materials which continues to be disclosed, the ongoing plea negotiations between the parties, and the need for continuity of

ORDER CONTINUING TRIAL - Page 1
Quoc Le, et al./CR06-319JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 counsel and effective assistance of counsel.  Thus, the Court further finds that a
2 continuance of the pre-trial motions due date and the trial date will allow the
3 government and the defendants necessary time to adequately prepare for trial.
4     The Court further finds that the interests of the public and the defendants in a
5 speedy trial in this case are outweighed by the ends of justice.
6     IT IS NOW, THEREFORE, ORDERED that pre-trial motions due date is reset
7 to March 23, 2007, with any responsive brief due two weeks thereafter.  The trial is
8 continued from March 5, 2007, to April 17, 2007.  The Court strikes as moot the
9 motions to extend pre-trial motions deadline (docket nos. 200, 208, 210, 211).
10     This Court further ORDERS that the time between the date of this Order and the
11 new trial date be excluded under the Speedy Trial Act pursuant to Title 18, United
12 States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B(i), and 3161(h)(B)(ii).
13     Dated this 2nd day of February, 2007.

                                                          JAMES L. ROBART
                                                          United States District Judge

Presented by:
JOHN McKAY
United States Attorney

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2268, Fax: (206) 553-4440
E-mail: ye-ting.woo@usdoj.gov
Washington State Bar No. 21208

ORDER CONTINUING TRIAL -   Page 2
Quoc Le, et al./CR06-319JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970